Eastern District of Kentucky
**F I L E D**
NOV 2 7 2017
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:17-cv-33-GFVT
*Filed Electronically*

In re: 100 Woodland Park Circle, Lawrenceburg, KY 40342

UNITED STATES OF AMERICA      PLAINTIFF

VS.

DAVID JOHNSON
a/k/a DAVID ANTHONY JOHNSON, ET AL      DEFENDANTS

## WARNING ORDER AND APPOINTMENT

## OF WARNING ORDER ATTORNEY

\*\*\*\*\*\*\*\*

This matter pending for consideration of Plaintiff United States of America's motion for the appointment of a Warning Order Attorney for Defendants, **David Johnson, A/K/A David Anthony Johnson and the Unknown Spouse, if any, of David Johnson, A/K/A David Anthony Johnson.** Having considered the motion and being sufficiently advised, it is hereby

**ORDERED** as follows:

(1) United States of America's Motion is **GRANTED**.

(2) Pursuant to Rules 4(e)(1) and 4(g) of the Federal Rules of Civil Procedure and Rules 4.05, 4.06, 4.07 and 4.08 of the Kentucky Rules of Civil Procedure, the following practicing attorney in good standing with this Court is hereby appointed Warning Order Attorney for the Defendants, **David Johnson, A/K/A David Anthony Johnson and the Unknown Spouse, if any, of David Johnson, A/K/A David Anthony Johnson:**

1

<u>  Adele Burt Brown  </u>

<u> 201 W. Short Street </u>

<u> Suite 600      </u>

<u> Lexington, KY 40507 </u>

<u>           </u>

(3) The Warning Order Attorney shall make diligent efforts to inform the defendants by mail, concerning the pendency and nature of this mortgage foreclosure action; and must report the results of his/her efforts within fifty (50) days from the date of entry of this Order. The Warning Order Attorney shall provide a copy of the report to counsel of record for the United States of America. In connection with his/her efforts to notify the defendant, the Warning Order Attorney is authorized to incur reasonable expenses such as postage, expenses attendant to public records, searches, expenses attendant to on-line location services, and telephone charges. The Warning Order Attorney is not authorized to incur, without leave of Court, extraordinary expenses such as newspaper advertisement charges and private investigator fees.

(4) If the Warning Order Attorney cannot inform the defendant concerning this action, he shall so report to the Court and shall then make a defense by answer if the Warning Order Attorney is able to do so. If unable to make a defense, the Warning Order Attorney shall so report.

(5) The Plaintiff's cause of action is for the foreclosure of Plaintiff's mortgage lien(s) on the subject real property. The Plaintiff's motion for entry of this order sets forth the property's address and the defendant's last known address to the Plaintiff. Upon receipt

of its copy of this Order from the Clerk, counsel for the Plaintiff shall cause to be delivered, by mail or electronic means, to the Warning Order Attorney's office the following: a copy of the Complaint, a copy of the Plaintiff's motion for this order, and a copy of this Order.

(6) At the time of filing of the report, the Warning Order Attorney may also file a motion and affidavit for payment of the Warning Order Attorney's fee and expenses. The Court will award the Warning Order Attorney the customary fee for such services as well as reasonable expenses. The Warning Order Attorney's fee and expenses shall be taxed as costs.

(7) Whereas Plaintiff's payment policies for said Warning Order Attorney's fees and expenses require, on average, sixty (60) days for payment. In the event that the above appointed Warning Order Attorney has objection to said payment schedule, he/she should move the Court for an Order withdrawing from this case within ten (10) days of entry hereof. Otherwise, he/she shall be deemed subject to Plaintiff's payment schedule.

Date: 11-27-2017

JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

TENDERED BY:

A. George Mason, Jr.
George Mason Law Firm, PSC
Attorney at Law
4048 Peppertree Drive
Lexington, Kentucky 40513
859-224-8277

3